UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. BONANNO,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLULAR BIOMEDICINE GROUP, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01795-WHO<br><br>**ORDER APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL; VACATING CASE MANAGEMENT CONFERENCE; REQUIRING PROPOSED ORDERS REGARDING FILING DEADLINES**<br><br>Re: Dkt. No. 15 |

This matter has been filed against Cellular Biomedicine Group, Inc., et al., alleging violations of federal securities laws. Class member Michelle Jackson has filed a motion to be appointed lead plaintiff and to approve her selection of The Rosen Law Firm, P.A. as lead counsel. Dkt. No. 15. Jackson's motion is unopposed. No other class members are seeking appointment as lead plaintiff or for their counsel to be appointed lead counsel. Pursuant to Civil Local Rule 7-1(b), I find this matter appropriate for resolution without oral argument VACATE the hearing set for August 5, 2015. The case management conference set for August 4, 2015 is also VACATED.

Jackson's motion is GRANTED. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Jackson is appointed lead plaintiff of the class and The Rosen Law Firm, P.A. is appointed lead counsel.

Within 10 days of this order, the parties shall jointly file a proposed schedule for the filing of an operative complaint and for defendants to file responsive pleadings to that complaint. If the parties cannot agree on a proposed schedule, they shall submit competing proposed schedules. An initial case management conference is SET for December 8, 2015. The parties shall submit a joint case management conference statement by December 1, 2015.

**IT IS SO ORDERED**.

Dated: August 3, 2015



WILLIAM H. ORRICK
United States District Judge