# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS J. BONANNO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CELLULAR BIOMEDICINE GROUP, INC., *et al*., <br><br> Defendants. | Case No.: 15-CV-01795-WHO <br><br><br> **SCHEDULING STIPULATION AND ORDER** |

WHEREAS, by Order dated November 3, 2015, this Court set the following schedule: Motions to be filed by January 19, 2016, Opposition Briefs by February 22, 2016, Reply Briefs by March 23, 2016, and a hearing to be held on April 6, 2016 at 2 p.m.

WHEREAS, on January 19, 2016, three separate briefs from five defendants totaling fifty seven (57) pages, in support of Motions to Dismiss, were electronically filed.

WHEREAS, the parties have convened and negotiated proposed alterations to the schedule,

NOW THEREFORE, the parties stipulate and agree as follows:

1.   Plaintiffs will file their Opposition to the Motions to Dismiss on or before March 1, 2016.

- 1 -
SCHEDULING STIPULATION AND ORDER

2.  Plaintiffs may file a single omnibus brief in Response to all of the filed Motions, not to exceed sixty (60) pages in length.

3.  Any Defendant who filed a motion to dismiss may file a reply in further support of their motion on or before March 31, 2016.

4.  The ~~April 6, 2016 hearing date will remain unchanged.~~ hearing is rescheduled for April 20, 2016.

Dated: February 3, 2016				**KAUFHOLD GASKIN LLP**

/s/ Jonathan B. Gaskin
Jonathan B. Gaskin
388 Market Street, Ste. 1300
San Francisco, CA 94920
T: 415-445-4621
F: 415-874-1071
jgaskin@kaufholdgaskin.com

**ELLENOFF GROSSMAN & SCHOLE LLP**
Adrienne Marie Ward (*pro hac vice*)
1345 Avenue of the Americas
New York, NY 10105
T: 212-370-1300
award@egsllp.com

*Counsel for Defendants Cellular Biomedicine Group, Inc., and Wei Cao*

**JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP**
/s/ Gregory Klingsporn
1100 Alma Street, Ste. 210
Menlo Park, CA 94025
T: 650-324-9300
F: 650-324-0227
gkk@jsmf.com

SCHEDULING STIPULATION AND ORDER

**SICHENZIA ROSS FRIEDMAN FERENCE LLP**
Irwin Weltz (*pro hac vice*)
61 Broadway, 32nd Floor
New York, NY 10006
T: 212-930-9700
F: 212-930-9725
iweltz@srff.com

*Attorneys for Defendants LifeTech Capital, and Stephen M. Dunn*

**SHARTSIS FRIESE LLP**
/s/ Jahan P. Raissi
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
T: 415-421-6500
F: 415-421-2922
jraissi@sflaw.com

*Attorneys for Defendant Streetwise Report LLC*

**THE ROSEN LAW FIRM**
/s/ Laurence Rosen
Laurence Rosen
Jacob A. Goldberg (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY  10016
T: 212-686-1060
F: 212-226-4684
lrosen@rosenlegal.com
jgoldberg@rosenlegal.com

*Lead Counsel for Lead Plaintiff Michelle Jackson and the Putative Class*

- 3 -
SCHEDULING STIPULATION AND ORDER

# ORDER

Upon stipulation of the parties, as modified, and good cause appearing:

IT IS SO ORDERED.

Dated: February __8__, 2016

_____
The Honorable William H. Orrick
United States District Judge

SCHEDULING STIPULATION AND ORDER