United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIS J. BONANNO, et al.,

Plaintiffs,

v.

CELLULAR BIOMEDICINE GROUP, INC., et al.,

Defendants.

Case No. 15-cv-01795-WHO

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 93

Pursuant to the Court's Order granting defendants' Motion to Dismiss Second Amended Complaint, judgment is accordingly entered.

Dated: September 7, 2016

Susan Y. Soong, Clerk

By: Jean M. Davis, Deputy Clerk